IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NIGEL TAHJEE REDDING,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-2947 |
| | : | |
| **LINDEN STREET** | : | |
| **COMMONS OP LP,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 11th day of July, 2025, upon consideration of the Application to Proceed *In Forma Pauperis* (ECF No. 6), Amended Complaint (ECF No. 9), and Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 12) filed by *pro se* Plaintiff Nigel Tahjee Redding, and the Motion to Dismiss filed by Defendants Linden Street Commons OP LP and Jeanmarie Wolf, Esq. (ECF No. 13), it is **ORDERED** that:

1. Redding's Application to Proceed *In Forma Pauperis* is **GRANTED**.

2. Redding's Motion for Temporary Restraining Order and Preliminary Injunction is **DENIED**.

3. Redding's Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons in the Court's Memorandum.

4. The Defendants' Motion to Dismiss is **DENIED** as moot.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**